# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES T. PRYOR

NO. 2025 KW 0927

**JANUARY 9, 2026**

---

In Re:    James T. Pryor, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 93-
          CR1-55035.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
the application for postconviction relief and supporting
memorandum, the State's response, if any, the district court's
ruling, the motion to recuse, the indictment, the pertinent court
minutes, and any other portions of the district court record that
might support the claims raised in the application for
postconviction relief. Supplementation of this writ application
and/or an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9.
In the event relator elects to file a new application with this
court, he may do so without the necessity of obtaining a return
date, and the application must be filed on or before February 27,
2026. Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT